IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2012 AUG -6  AM 9: 13
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
        DEPUTY

| | |
|---|---|
| RICHARD MACK, § | |
| PLAINTIFF, § | |
| § | |
| V. § | CAUSE NO. A-12-CV-016-LY |
| § | |
| LEAH NELSON, LARRY KELLER, § | |
| MARK POTOK, HEIDI BEIRICH, § | |
| ROBERT STEINBACK, AND § | |
| SOUTHERN POVERTY LAW CENTER, § | |
| DEFENDANTS. § | |

## ORDER

Before the court in the above-styled action is Plaintiff's Motion for Clarification of Order of July 25, 2012, filed August 2, 2012 (Clerk's Doc. No. 49). By his motion, Plaintiff Richard Mack requests clarification from this court as to whether its July 25, 2012 order denying Mack's motion for reconsideration of this court's order granting summary judgment to Defendant Southern Poverty Law Center is final as to all of Mack's claims. The court's grant of summary judgment disposed of all claims raised in Mack's complaint, which included both defamation claims and a claim of intentional infliction of emotional distress (Clerk's Doc. No. 42). The court rendered a final judgment closing this case on July 6, 2012 (Clerk's Doc. No. 43). Mack timely moved for reconsideration on July 13, 2012 (Clerk's Doc. No. 44), and this court denied the motion on July 25, 2012 (Clerk's Doc. No. 48). Because Mack did not obtain his requested relief, this case remains closed pursuant to the court's July 6, 2012 final judgment.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Clarification of Order of July 25, 2012 (Clerk's Doc. No. 49) is **DISMISSED**.

SIGNED this _6TH_ day of August, 2012.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE